**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**KENNETH L. WALLER
ADC #103829**                                                                                                               **PLAINTIFF**

**V.**                       **No. 1:13CV00005-SWW-BD**

**JOHN MAPLES, JR.** *et al.*                                                              **DEFENDANTS**

## ORDER

Magistrate Judge Beth Deere has filed a Partial Recommended Disposition ("Recommendation") screening Mr. Waller's amended complaint and addressing Mr. Waller's motion for preliminary injunctive relief. After a careful review of the Recommendation and the objections, as well as a *de novo* review of those portions of the record to which the parties object, the Court concludes that the Recommendation should be adopted as this Court's findings in all respects.

Mr. Waller's claim that Defendants Maples and Garcia violated ADC policy is DISMISSED, with prejudice. In addition, Mr. Waller's claims against Defendants Budnick, Fry, Guy, and Neldon are DISMISSED, without prejudice, and these individuals are DISMISSED as party Defendants.

Mr. Waller's motion for preliminary injunctive relief (#8) is DENIED.

IT IS SO ORDERED this 13th day of May, 2013.

                                                        /s/Susan Webber Wright

                                                      UNITED STATES DISTRICT JUDGE