**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**KENNETH L. WALLER
ADC #103829**                                                                                  **PLAINTIFF**

V.                              No. 1:13CV00005-SWW-BD

**JOHN MAPLES, JR.** *et al.*                                                                **DEFENDANTS**

## ORDER

The Court has received a Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. After carefully reviewing the Recommendation, the timely objections, and conducting a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

The motion for summary judgment (docket entry #37) is GRANTED. Mr. Waller's remaining claims are DISMISSED, with prejudice.

IT IS SO ORDERED this 29th day of July, 2014.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE